# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Kevin Schoonover, | ) | Case No. 1:17-cr-246 |
| Defendant. | ) | |

On October 26, 2017, defendant filed a "Waiver of Preliminary Hearing." The court accepts defendant's waiver, finding that it was made knowingly and intelligently, voluntarily, and upon advice of counsel. Defendant's preliminary hearing set for November 3, 2017, is canceled.

**IT IS SO ORDERED.**

Dated this 1st day of November, 2017.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr., Magistrate Judge
                                              United States District Court